```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>      v.<br>BUNNY LEROY FALLIS,<br><br>           Defendant.<br>_____ | NO. CR. S-10-285-FCD |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>      v.<br>TRACI MARIE LINZMEIER,<br><br>           Defendant.<br>_____ | NO. CR. S-10-322-EJG<br><br>MOTION AND STIPULATION<br>TO RELATE CASES;<br>**ORDER** |

Pursuant to this Court's Local Rule 123(3) & (4), plaintiff United States of America hereby notifies the Court of the filing of a related case and the United States further moves that the case be related.

On July 21, 2010, an Indictment was filed initiating case number CR. S-10-285-FCD against BUNNY LEROY FALLIS. This matter was assigned to the Hon. Frank C. Damrell Jr. The Indictment charges FALLIS with possession of stolen US Mail (18 U.S.C. 1708),

1

1 and unlawful possession of 5 or more i.d. documents of others (18
2 U.S.C. 1028(a)(3)).  FALLIS is charged in connection with a
3 investigation into schemes to steal mail, use contents of mail to
4 obtain cash and credit, manufacture checks with account numbers of
5 others, and commit wire and bank fraud.  FALLIS and other
6 participants in the schemes possessed stolen identification and
7 account number information from the U.S. Mail.
8     On August 6, 2010, an Information was filed initiating case
9 no. CR. S-10-322-EJG against TRACI MARIE LINZMEIER.  This
10 Information was replaced with a Superseding Information (filed
11 August 13, 2010).  LINZMEIER is charged in connection with a scheme
12 to steal mail, use contents of mail to obtain cash and credit, and
13 commit wire fraud.  LINZMEIER and other participants in the scheme
14 are alleged to have possessed stolen identification and account
15 number information from the U.S. Mail.  The investigation in the
16 two cases (FALLIS in 10-285-FCD and LINZMEIER in 10-322-EJG)
17 reveals that LINZMEIER'S criminal activity is linked to FALLIS'
18 criminal activity, each is an associate of the other, and the two
19 defendants possessed stolen U.S. Mail from the same victims.
20     The United States submits that the case against LINZMEIER, CR.
21 10-322-EJG, should be related before Judge Damrell with the EARLIER
22 charged case against FALLIS, CR. 10-285-FCD.  In each case there
23 are the same victims (financial institutions and U.S. Mail
24 senders/recipients), similar witnesses, associated defendants, and
25 factual background.  Further, the charges against each defendant
26 stem from and relate to the same investigation conduct.
27     Defense counsel for LINZMEIER, Assistant Federal Defender
28 Jeffrey Staniels, stipulates and agrees that the matter against

2

1  LINZMEIER is properly related to the matter against FALLIS.
2      Accordingly, the United States submits that in each case,
3  there are related evidence issues, sentencing issues and similar
4  witness concerns.  Significantly, relation of the case concerning
5  LINZMEIER with the case already before the previously assigned
6  judicial officer (Judge Damrell) would help victims, law
7  enforcement, and witnesses deal with prosecutive and judicial
8  burdens.  In addition, relating the LINZMEIER matter with the
9  EARLIER case (against FALLIS) would be efficient for the U.S.
10 Probation Office.

12 Dated:    8/13/2010                    BENJAMIN B. WAGNER
13                                        United States Attorney

14                                        /s/ Michelle Rodriguez
                                     By: 
15                                        MICHELLE RODRIGUEZ
                                          Assistant U.S. Attorney
16

17                         **RELATED CASE ORDER**

18      Examination of the above-captioned matter, CR. S-10-322-EJG,
19 and the EARLIER criminal action in CR. S-10-285-FCD reveals that
20 the actions are related within the meaning of Local Rule 123.  The
21 actions involve similar transactions, including as to victims and
22 witnesses, and would therefore entail a substantial duplication of
23 labor if heard by different judges.  Accordingly, the assignment of
24 the matters to the same judge is likely to effect a substantial
25 savings of judicial effort and is also likely to be convenient for
26 the parties.
27      The parties should be aware that relating the cases under
28 Local Rule 123 merely has the result that the actions are assigned

3

1  to the same judge.  No consolidation of the actions is effected.
2  Under the regular practice of this court, related cases are
3  assigned to the judge to whom the first filed action was assigned.
4       IT IS THEREFORE ORDERED that the action denominated CR. S-10-
5  322-EJG is reassigned to Judge Damrell, for all further
6  proceedings.  Henceforth, the caption on documents filed in the
7  reassigned case shall be shown as **CR. S-10-322 FCD**.
8       IT IS FURTHER ORDERED that the clerk of the Court make
9  appropriate adjustment in the assignment of criminal cases to
10 compensate for this reassignment.

12 DATED: August 16, 2010

13                              _____
14                              FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE