FILED
May 25, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-MJ-0148-EFB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| TRACI MARIE LINZMEIER, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Traci Marie Linzmeir</u>, Case No. <u>2:10-MJ-0148-EFB</u>, Charge <u>Title 18 USC §§ 1343, 1028A(a)(1), 1708</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ _25,000.00_

_X_   Unsecured Appearance Bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other)   _Pretrial Services Supervision of Conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released". _Defendant to be released by U.S. Marshal on 5/26/10 @ 8:30 a.m. to the Pretrial Services Officer for transport to that effect._

Issued at <u>Sacramento, CA</u> on <u>May 25, 2010</u> at _2:35_ pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge