DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRACI MARIE LINZMEIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> TRACI MARIE LINZMEIER, <br> Defendants. | No. 2:10-mj-00148 EFB <br><br> STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME <br><br> Date:  July 23, 2010 <br> Time:  2:00 p.m. <br> Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michelle Rodriguez, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Ms. Linzmeier that the Preliminary Examination scheduled for July 23, 2010 before Magistrate Judge Kendall J. Newman, be vacated and that time beginning July 23, 2010, and extending through August 26, 2010, be excluded from time under the Speedy Trial Act within which an indictment must be found.  Further, Ms. Linzmeier consents to an extension of the time for preliminary examination until August 26, 2010 before Magistrate Judge Kimberly J. Mueller.  Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

1  3161(h)(7)(B)(iv).  In particular, the time is required so that the
2  parties can discuss a proposed disposition and conduct investigation.
3       Defense Counsel has talked to Ms. Linzmeier and represents that
4  she consents to this continuance and exclusion of time, and she agrees
5  that the interests of justice are furthered thereby.
6       The parties stipulate that the interests of justice outweigh the
7  interest of the public and the defendants in a speedy filing of an
8  indictment or information, 18 U.S.C. §§ 3161(b)(h)(7)(A), and further
9  that this good cause outweighs the public's interest in the prompt
10 disposition of this criminal case.  Fed. R. Crim. P. 5.1(d).
11      The parties further request that this matter be taken off calendar
12 until August 23, 2010, or until further order of the court.
13      **IT IS SO STIPULATED**.
14 DATE: July 22, 2010            /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
15                                Assistant Federal Defender
                                  Attorney for TRACI MARI LINZMEIER
16
17 DATE: July 22, 2010            McGREGOR W. SCOTT
                                  United States Attorney
18
                             By:  /s/ Michelle Rodriguez
19                                MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney
20
21      IT IS SO ORDERED.
22
23 DATE:  July 22, 2010
24
25
26
27                                _____
                                  KENDALL J. NEWMAN
28                                UNITED STATES MAGISTRATE JUDGE