```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRACI MARIE LINZMEIER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-0322 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO |
| v. | ) RESCHEDULE ARRAIGNMENT |
| | ) |
| TRACI MARIE LINZMEIER, | ) |
| | ) Date:  August 26, 2010 |
| | ) Time:  2:00 p.m. |
| Defendants. | ) Judge: Hon. Kimberly J. Mueller |
| _____ | ) |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michelle Rodriguez, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Ms. Linzmeier that the Preliminary Examination/Arraignment scheduled for August 26, 2010, be vacated and be re-calendared for August 27, 2010. Ms. Linzmeier consents to an extension of the time for preliminary examination until August 27, 2010.  Fed. R. Crim. P. 5.1(d).

   The parties submit that the ends of justice are served by the Court excluding such time, in order to accommodate a scheduling conflict regarding Ms. Linzmeier's transition from inpatient drug treatment to transitional housing. 18 U.S.C. § 3161(h)(7)(B)(iv).

/////

/////

1  Defense Counsel has talked to Ms. Linzmeier and represents that
2  she consents to this continuance and she agrees that the interests of
3  justice are furthered thereby.
4  **IT IS SO STIPULATED**.
5  DATE: August 25, 2010          /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
6                                 Assistant Federal Defender
                                  Attorney for TRACI MARI LINZMEIER
7

8  DATE: August 25, 2010          BENJAMIN B. WAGNER
                                  United States Attorney
9
                            By:   /s/ Michelle Rodriguez
10                                MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney
11

12     IT IS SO ORDERED.
13  DATE:  August 26, 2010.
14
                                  _____
15                                U.S. MAGISTRATE JUDGE

Stip & Order                      -2-